UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSA GALVAN,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; a foreign corporation dba COSTCO; DOE EMPLOYEE, an individual, DOES I through X, and ROE CORPORATION I through X inclusive,<br><br>Defendants. | Case No. 2:23-cv-001590-APG-EJY<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Confidentiality Agreement and Protective Order (ECF No. 7). The proposed Stipulation fails to include procedures for resolving issues arising from the unauthorized or inadvertent disclosure of attorney work product, attorney client privilege or other confidential materials. The parties must include such procedures and identify who bears the burden of establishing information or documents marked as confidential is entitled to protection.

Accordingly, IT IS HEREBY ORDERED that the parties' Stipulated Confidentiality Agreement and Protective Order (ECF No. 7) is DENIED without prejudice. The parties are advised to file a revised proposed stipulated protective order correcting the deficiencies identified above.

DATED this 2nd day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1